UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, SIERRA NEVADA PROTECTION CAMPAIGN, SIERRA FOOTHILLS AUDUBON SOCIETY, and EARTH ISLAND INSTITUTE<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN T. EUBANKS, DALE BOSWOTH, U.S. FOREST SERVICE, ANN - SECRETARY OF THE CALIFORNIA DEPARTMENT OF AGRICULTURE, and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendants.<br>_____/ | No. CIV-S-03-1238 MCE/PAN<br><br><br><br><br><br><br>**RELATED CASE ORDER** |
| EARTH ISLAND INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. FOREST SERVICE, JACK BLACKWELL, and JOHN BERRY,<br><br>    Defendants.<br>_____/ | No. CIV-S-02-2119 MCE/PAN |

1

| | | |
|---|---|---|
| 1 | EARTH ISLAND INSTITUTE, | No. CIV-S-03-1242 MCE/PAN |
| 2 |     Plaintiff, | |
| 3 |   v. | |
| 4 | UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| 5 | | |
| 6 |     Defendant.<br>_____/ | |
| 7 | EARTH ISLAND INSTITUTE, and CENTER FOR BIOLOGICAL DIVERSITY, | No. CIV-S-05-1608 FCD/JFM |
| 8 | | |
| 9 |     Plaintiffs, | |
| 10 |   v. | |
| 11 | UNITED STATES FOREST SERVICE, DALE BOSWORTH, and JOHN BERRY, | |
| 12 |     Defendants. | |
| 13 | _____/ | |

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.

///

1  Under the regular practice of this court, related cases are
2  generally assigned to the district judge and magistrate judge to
3  whom the first filed action was assigned.
4      IT IS THEREFORE ORDERED that the action denominated
5  CIV-S-05-1608 FCD/PAN, Earth Island Institute and Center for
6  Biological Diversity v. United States Forest Service, Dale
7  Bosworth and John Berry is reassigned to Judge Morrison C.
8  England, Jr. And Peter A. Nowinski for all further proceedings,
9  and any dates currently set in this reassigned case only are
10 hereby VACATED.  Henceforth, the caption on documents filed in
11 the reassigned case shall be shown as CIV-S-05-1608 MCE/PAN.
12     IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of civil cases to
14 compensate for this reassignment.
15     IT IS SO ORDERED.
16 DATE: August 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE