1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 SIERRA CLUB, et al.,           No. 2:03-cv-1238-MCE-PAN
12          Plaintiffs,
13      v.
14 STEVEN T. EUBANKS, et al.,
15          Defendants.
                                  / **ORDER**
16 _____
   EARTH ISLAND INSTITUTE,
17 et al.,
18          Plaintiffs,
19      v.
20 DEPARTMENT OF AGRICULTURE,
   et al.,
21
            Defendants.
22 _____/
23      The parties jointly move to dismiss this matter pursuant to
24 the settlement agreement attached hereto and stipulated to by the
25 plaintiffs and defendants.
26 ///
27 ///
28 ///

1    For good cause shown, it is ORDERED that this case is
2 dismissed pursuant to the settlement agreement, which is
3 incorporated here by reference.
4    IT IS SO ORDERED.
5 DATED: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE